UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEALED AIR CORPORATION (US), a Delaware corporation, and DOES 1 through 100, Inclusive.<br><br>　　　　　Defendants. | **CASE NO.: CV09-6410-AHM (FMOx)**<br><br>**ORDER OF DISMISSAL**<br><br>(Fed. R. Civ. P. 7.1; L.R. 7.1-1)<br><br>**Complaint Filed: July 31, 2009** |

　　The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties. Each party shall bear their own attorney's fees and costs.

　　IT IS SO ORDERED.

Dated: March 30, 2010　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge

**JS-6**